ACCEPTED
04-15-00090-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/25/2015 11:43:40 AM
KEITH HOTTLE
CLERK

# No. 04-15-00090-CR

IN THE FOURTH COURT OF APPEALS
AT SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/25/15 11:43:40 AM
KEITH E. HOTTLE
Clerk

ANTHONY ALEX DELEON

Defendant – Appellant

vs.

THE STATE OF TEXAS

Plaintiff – Appellee

On Appeal from the 25th District Court
of Guadalupe County, Texas
Hon. Dan Beck Presiding
Trial Court Cause No. 13-1992-CR-B

APPELLANT'S *PRO SE* MOTION
FOR ACCESS TO APPELLATE RECORD

TO THE HONORABLE FOURTH COURT OF APPEALS:

Appellant Anthony Alex Deleon's court-appointed attorney has filed

Appellant's Brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant asks this court to provide him access to the appellate record so

that he may review the record in drafting his *pro se* brief explaining what

issues he thinks may be raised in this appeal.

WHEREFORE, PREMISES CONSIDERED, appellant ANTHONY ALEX DELEON prays that after review of this motion and any response filed by the State of Texas, this court grant this motion and grant Mr. Deleon *pro se* access to the appellate record in this appeal.

Respectfully submitted,

_____

Anthony Alex Deleon, Appellant
TDCJ # 1985117
Garza East Unit
4304 Highway 202
Beeville, Texas 78102-8981

## Certificate of Service

I hereby certify that a true copy of this document was served by first class U.S. mail upon the 25th Judicial District Attorney's Office, 211 W. Court Street, Suite 260, Seguin, Texas 78155 on _____, 2015.

_____

## Certification of Compliance

According to the WordPerfect program used to create this document, there are 236 words in this document.